IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEROY CHARLES OWENS**                                        **PLAINTIFF**

**v.**                          **CAUSE NO. 1:10CV505-LG-RHW**

**KEN BRODAUS**                                              **DEFENDANT**

### ORDER ADOPTING PROPOSED FINDINGS OF FACT AND RECOMMENDATION

**BEFORE THE COURT** is the Proposed Findings of Fact and Recommendation [11] entered by United States Magistrate Judge Robert H. Walker on November 18, 2011. Judge Walker recommends that the Petition for Writ of Habeas Corpus filed by Leroy Charles Owens should be dismissed with prejudice for failure to exhaust state remedies.

Owens was advised that he must file any objections to Judge Walker's recommendations within fourteen days of being served with a copy of the Proposed Findings of Fact and Recommendation, but he has not filed an objection.

Where no party has objected to the Magistrate Judge's proposed findings of fact and recommendations, the Court need not conduct a *de novo* review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that Judge Walker's

Proposed Findings of Fact and Recommendation is neither clearly erroneous nor contrary to law.  Therefore, the Court finds that the Proposed Findings of Fact and Recommendation entered by Judge Walker should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [11] entered by United States Magistrate Judge Robert H. Walker on November 18, 2011, be, and the same hereby is, **ADOPTED** as the finding of this Court.  Owens' Petition is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE